The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>     v.<br><br>JANELLE BOYD,<br><br>            Defendant. | NO. CR 06-297RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO REDUCE JUDGMENT |

THIS MATTER comes before the Court on the Defendant's Motion For Release From Joint & Several Judgment To Sole Liability & Reduce Judgment (Dkt. # 37). While the Court commends Ms. Boyd on her continuing progress toward re-establishing her life, including her history of regular payments toward her legal obligation under the restitution order, the Court lacks the authority to reduce the restitution amount fixed in its original judgment on these grounds. <u>See</u> Dkt. # 35; 18 U.S.C.§3664(o). Accordingly, the motion is DENIED.

DATED this 20th day of June, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge